Michael S. Agruss (SBN: 259567)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd, Suite 401
Los Angeles, CA  90025
T: (323) 988-2400 ext. 235; F: (866) 802-0021
magruss@consumerlawcenter.com
Attorneys for Plaintiff,
DARRYL LOOMIS

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| DARRYL LOOMIS ) | **Case No.:** CV09-04253 E |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **VOLUNTARY DISMISSAL** |
| ) | |
| OMNI CREDIT SERVICES OF FLORIDA, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

## <u>VOLUNTARY DISMISSAL WITH PREJUDICE</u>

Plaintiff, DARRYL LOOMIS, by and through his attorneys, KROHN & MOSS, LTD., and pursuant to FRCP 41(a)(1)(A) (Dismissal of Actions—Voluntary Dismissal By Plaintiff Without Court Order) voluntarily dismisses, with prejudice, OMNI CREDIT SERVICES OF FLORIDA (Defendant), in this case.

Dated: October 19, 2009                    KROHN & MOSS, LTD.

                                           By:/s/ Michael S. Agruss

                                           Michael S. Agruss

                                           Attorney for Plaintiff,
                                           DARRYL LOOMIS

- 1 -

Voluntary Dismissal